386

ST. LOUIS UNION TRUST COMPANY, as Cotrustee under the Will of Herman J. Sternberg, Deceased, Appellant, v. William F. STERNBERG, Individually and as Cotrustee under the Will of Herman J. Sternberg, Deceased, et al.

No. 13457.

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1946.

Rhodes E. Cave and T. S. McPheeters, both of St. Louis, Mo., for appellant.

S. Mayner Wallace, of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on motion of appellant.

UNITED STATES of America, Appellant, v. CERTAIN PUBLIC ROADS AND HIGHWAYS SITUATE IN DES MOINES COUNTY, Iowa, and County of Des Moines, Iowa, and State of Iowa.

No. 13443.

Circuit Court of Appeals, Eighth Circuit.

Oct. 1, 1946.

Maurice F. Donegan, U. S. Atty., of Davenport, Iowa, and Daniel F. Steck, Sp. Asst. to Atty. Gen., for appellant.

Blythe C. Conn, Dailey & Dailey, Clark, Pryor, Hale & Plock, and John Hale, all of Burlington, Iowa, for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motions of appellant and appellees.